UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS INC,

Plaintiff,

v.

Case No. 26-cv-0322-bhl

TROPIC LLC d/b/a Tropic MKE and
HYACINTH NEMBHARDT,

Defendants.

# ORDER

On February 25, 2026, Plaintiff Joe Hand Promotions Inc. filed a complaint alleging that Defendants Tropic LLC and Hyacinth Nembhardt violated the Communications Act of 1934 by showing two boxing matches in Tropic MKE, a bar, without first obtaining the proper commercial license. (ECF No. 1.) Nembhardt filed an answer on April 8, 2026 and also requested an extension of time to obtain counsel to appear for Tropic LLC. (ECF No. 5.) The Court granted that extension, but no counsel entered an appearance for Tropic LLC, and the Clerk entered default against Tropic LLC on May 14, 2026. (ECF No. 6.) Joe Hand has not yet moved for default judgment against Tropic LLC.

Default judgment is a two-step process; the plaintiff must first establish default, and then actually seek a default judgment. *VLM Food Trading Int'l, Inc. v. Ill. Trading Co.*, 811 F.3d 247, 255 (7th Cir. 2016). In the interests of promoting the orderly disposition of this case, the Court will give Joe Hand twenty-one days to either move for default judgment against Tropic LLC or take other steps to move the case forward. If it fails to do so, Tropic LLC will be dismissed from this action for lack of prosecution of the case against it. Civ. L. R. 41(c).

Accordingly,

**IT IS HEREBY ORDERED** that, on or before **September 2, 2026**, Joe Hand must either move for default judgment against Tropic LLC, *see* Fed. R. Civ. P. 55(b); *see also VLM Food*

*Trading Int'l, Inc.*, 811 F.3d at 255, or take other steps to move the case forward. Failure to comply will result in dismissal of Tropic LLC from this action.

Dated at Milwaukee, Wisconsin on August 12, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge